■ In the Matter of Roger Gaines, Petitioner, v Glenn S. Goord, as Commissioner of New York State Department of Correctional Services, Respondent. [788 NYS2d 898]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered August 6, 2004) to review a determination of re-

spondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Pigott, Jr., P.J., Hurlbutt, Gorski, Pine and Hayes, JJ.